IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY, S.I.,
600 American Parkway
Madison, WI 53783,

AVERY CLARK
3622 E. Squire Avenue
Cudahy, WI 53110

        Plaintiffs,

v.

CURTIS INTERNATIONAL, LTD.,
315 Attwell Drive
Etobicoke, Ontario, M9W 5C1

ZURICH INSURANCE COMPANY LTD
(CANADIAN BRANCH),
First Canadian Place
100 King Street West
Suite 5500
Toronto, Ontario, M5X 1C9,

        Defendants.

Case No.: 2:26-CV-356

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT Defendants, Curtis International, Ltd., and Zurich Insurance Company Ltd (Canadian Branch) (collectively "Defendants") by and through their attorneys, Amundsen Davis, LLC, and pursuant to 28 U.S.C. § 1441, *et. seq.* and 28 U.S.C. § 1332, remove the above captioned matter from the Circuit Court of Milwaukee County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division, and in support thereof, state as follows:

1. On July 16, 2025, Plaintiffs American Family Mutual Insurance Company, S.I., (American Family) and Avery Clark filed a Complaint in the Circuit Court of Milwaukee County, Wisconsin, Case No. 2025CV006072. (*See* Summons and Complaint, attached as Exhibit 1.)

2. This case arises out of a fire at the home of Avery Clark, which was insured by American Family.

3. On January 26, 2026, Plaintiffs filed and Amended Complaint naming Curtis International, Ltd., and Zurich Insurance Company Ltd (Canadian Branch), as defendants.

4. On February 2, 2026, Defendant Curtis International, Ltd., was served with a copy of the Amended Summons and Complaint.

5. Plaintiffs' Amended Complaint does not state a specific amount of damages being claimed.

6. Upon information and belief, American Family's indemnity payments in connection with this fire total at least $109,266.62.

7. Defendant seeks to remove this matter based upon the original jurisdiction conferred by diversity of citizenship and amount in controversy, as established in 28 U.S.C. § 1332.

8. As shown below, diversity of citizenship exists, Defendant asserts a good faith basis that the amount in controversy exceeds $75,000, and removal is timely.

## **ARGUMENT**

9. United States District Courts have original jurisdiction over civil actions where: (1) the action is between citizens of different states and (2) the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a)(1).

**Diversity of Citizenship Exists**

10. Plaintiff's Complaint was filed in the Circuit Court of Milwaukee County, Wisconsin. (Ex. 1).

11. Plaintiff Avery Clark is currently, and was at the time of the subject incident, domiciled in, a citizen of, and a resident of the State of Wisconsin.

12. Plaintiff American Family is a corporation organized under the laws of the State of Wisconsin with a principal place of business located at 6000 American Parkway, Madison, Wisconsin.

13. Defendant Curtis International, Ltd., is a corporation organized under the laws of the nation of Canada with a principal place of business in Ontario, Canada.

14. Defendant Zurich Insurance Company Ltd (Canadian Branch) ("Zurich Canada") is a licensed Canadian branch of Zurich Insurance Company Ltd, an insurance and holding company organized under the laws of Switzerland. Zurich Canada is an insurance company with headquarters located in Toronto, Ontario. Zurich Canada conducts business in Canada through a network of independent insurance brokers, providing insurance solutions for large Canadian corporations, Canadian-based multinational corporations, and Canadian businesses.

15. The United States Supreme Court determined that a corporation is a citizen of both (1) every state where it is incorporated, and (2) the state where it has its principal place of business. *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).

16. The United States Supreme Court stated that a corporation's principal place of business is determined by the "nerve center" test. The Court explained that:

> … the place where a corporation's officers direct, control, and coordinate the corporation's activities. It is the …corporation's nerve center. And in practice it should normally be the place where the corporation maintains its headquarters – provided that the

3

headquarters is the actual center of direction, control, and coordination, i.e., the nerve center, and not simply an office where the corporation holds its board meetings (for example, attended by directors and officers who have traveled there for the occasion).

*Hertz Corp.*, 559 U.S. at 92-93.

17. Plaintiff American Family is a citizen of the State of Wisconsin.

18. Zurich Canada is a citizen of Canada.

19. Curtis International is a citizen of Canada.

20. Complete diversity of citizenship exists between Plaintiffs and Defendants.

**The Amount in Controversy Exceeds $75,000**

21. Plaintiff American Family filed an itemization of damages in Milwaukee County Circuit Court, itemizing its payments to date, which totaled $109,266.62.

**Removal is Timely Filed**

22. Removal must be effectuated within (30) thirty days of "the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b). The time period set forth in §1446 is mandatory and should be strictly construed. *Northern Illinois Gas Co. v. Airco Industrial Gases*, 676 F.2d 270 (7th Cir. 1982).

23. Plaintiff filed his Complaint on September 25, 2025. (Ex. 1).

24. One year has not elapsed since the commencement of the action.

25. Service was achieved on Defendant Curtis International on February 2, 2026.

26. As such, Defendant properly filed its Notice of Removal within the applicable thirty-day period, on or before March 4, 2026, pursuant to 28 U.S.C. § 1446(b).

27. As required by 28 U.S.C. §1446(d), Defendant will promptly serve upon Plaintiff's counsel and file with the Circuit Court of Milwaukee County a true and correct copy of this Notice.

4

28. As required by 28 U.S.C. §1446(a), a true and correct copy of all process, pleadings, and orders served upon Defendant in this action is attached hereto. (*See* Ex. 1.)

29. By removing this action, Defendant does not waive any defenses available to it.

30. Defendant does not consent to jurisdiction and intends to file a motion to dismiss based on personal jurisdiction once removed.

31. If any question arises as to the propriety of the removal of this action, the movant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

Dated March 4, 2026.  Respectfully submitted,

/s/ *Andrew T. Stoker*
Andrew T. Stoker – Bar Number: 1104067
Attorney for Defendants Curtis International, Ltd., and Zurich Insurance Company Ltd (Canadian Branch)
Amundsen Davis, LLC
111 E. Kilbourn Avenue, Ste 1400
Milwaukee, WI 53202
Telephone: (414) 225-1422
E-Mail: astoker@amundsendavislaw.com

5

FILED
01-26-2026
Anna Maria Hodges
Clerk of Circuit Court
2025CV006072
Honorable Michael J.
Hanrahan-04
Branch 4

STATE OF WISCONSIN    CIRCUIT COURT    MILWAUKEE COUNTY

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.
6000 American Parkway
Madison, WI 53783

AVERY CLARK                                   Case No. 25-CV-6072
3622 E. Squire Avenue
Cudahy, WI 53110

       Plaintiffs,

v.

CURTIS INTERNATIONAL, LTD.
315 Attwell Drive
Etobicoke, Ontario, M9W 5C1

ZURICH INSURANCE COMPANY, LTD
First Canadian Place
100 King Street West
Suite 5500
Toronto, Ontario, M5X 1C9
Canada

       Defendants.

---

## AMENDED SUMMONS

---

THE STATE OF WISCONSIN, To each person named above as a Defendant:

You are hereby notified that the Plaintiffs named above have filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.

Within 45 days of receiving this summons, you must respond with a written answer, as that term is used in chapter 802 of the Wisconsin Statutes, to the complaint. The court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the court, whose address is:



EXHIBIT 1

Milwaukee County Clerk of Court
Milwaukee County Courthouse
901 N. 9th St.
Milwaukee, WI 53233

And to the plaintiffs' attorney, which is:

Ron Harmeyer Law Office LLC
330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202

You may have an attorney help or represent you.

If you do not provide a proper answer within 45 days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated: January 26, 2026.

RON HARMEYER LAW OFFICE LLC
Attorneys for American Family Mutual
Insurance Company, S.I. and Avery Clark

*Electronically signed by Ronald W. Harmeyer*
Ronald W. Harmeyer
State Bar No. 1026579

330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202
Tel. (414) 316-2500
Fax (414) 755-7081
rharmeyer@ronharmeyerlaw.com

STATE OF WISCONSIN    CIRCUIT COURT    MILWAUKEE COUNTY

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.
6000 American Parkway
Madison, WI 53783

AVERY CLARK                                     Case No. 25-CV-6072
3622 E. Squire Avenue
Cudahy, WI 53110

   Plaintiffs,

v.

CURTIS INTERNATIONAL, LTD.
315 Attwell Drive
Etobicoke, Ontario, M9W 5C1

ZURICH INSURANCE COMPANY, LTD
First Canadian Place
100 King Street West
Suite 5500
Toronto, Ontario, M5X 1C9
Canada

   Defendants.

---

## AMENDED COMPLAINT

---

  Plaintiffs American Family Mutual Insurance Company, S.I. and Avery Clark, for their amended complaint against the above-named defendants, state:

### PARTIES

1. Plaintiff American Family Mutual Insurance Company, S.I. ("American Family") is a domestic corporation licensed to sell insurance in the State of Wisconsin. Its principal place of business is located at 6000 American Parkway, Madison, Wisconsin.

2. Plaintiff Avery Clark ("Clark") is an adult resident of the State of Wisconsin, residing at 3622 East Squire Avenue, Cudahy, Wisconsin.

3. Defendant Curtis International, Ltd. ("Curtis International") is a foreign corporation incorporated in Canada. Its principal place of business is located at 315 Attwell Drive, Etobicoke, Ontario, M9W 5C1.

4. Defendant Zurich Insurance Company, Ltd ("Zurich") is a foreign corporation incorporated in Canada. Its principal place of business is located at First Canadian Place, 100 King Street West, Suite 5500, Toronto, Ontario, M5X 1C9, Canada.

## JURISDICTION AND VENUE

5. The court has personal jurisdiction over Curtis International under Wis. Stat. §801.05(d) because the defendants are engaged in substantial and not isolated activities in the State of Wisconsin.

6. The court has personal jurisdiction over Zurich pursuant to Wis. Stat. §632.24 and *Casper v. American Intern. South Ins. Co.,* 336 Wis.2d 267, 301 (2011), in which the Wisconsin Supreme Court held, "Wis. Stat. §632.24 applies to any policy of insurance covering liability, irrespective of whether that policy was delivered or issued for delivery in Wisconsin, so long as the accident or injury occurs in this state."

7. Venue is proper pursuant to Wis. Stat. §801.50 because the property damage at issue is situated in Milwaukee County.

## FACTS

8. Curtis International designed, engineered, manufactured, introduced into the stream of commerce, and sold a certain refrigerator ("the refrigerator").

9. Clark purchased the refrigerator.

10. On September 8, 2023, the refrigerator spontaneously combusted, causing a fire at Clark's home ("the fire").

11. The fire caused extensive damage to Clark's home and personal property.

12. At the time of the fire, American Family had issued, and there was in full force and effect, a policy of insurance which insured Clark against the damages caused by the fire. As required by, and pursuant to that policy, American Family paid to or on behalf of Clark for the damages caused by the fire, less any applicable deductible, and is subrogated to the rights of Clark to the extent of its payments.

13. Clark also sustained damages which were not covered by his policy of insurance with American Family.

## FIRST CAUSE OF ACTION:
## STRICT PRODUCT LIABILITY CLAIM AGAINST CURTIS INTERNATIONAL

14. The preceding paragraphs are incorporated herein by reference.

15. The refrigerator contained a manufacturing defect Specifically, the refrigerator's compressor departed from its intended design even though all possible care was exercised in the manufacture of the product.

16. The defect caused the refrigerator to spontaneously combust, resulting in the damages being claimed.

17. The refrigerator's defective condition rendered it unreasonably dangerous to Clark's property.

18. The refrigerator's defective condition existed at the time it left the control of Curtis International.

19. The refrigerator reached Clark without substantial change in the condition in which it was sold.

20. The refrigerator's defective condition was the cause of Clark's damages.

### SECOND CAUSE OF ACTION: DIRECT ACTION CLAIM AGAINST ZURICH

21. American Family incorporates herein by reference the preceding paragraphs.

22. At the time of the fire, Zurich had issued to Curtis International, and there was in full force and effect, a policy of insurance that insured Curtis International against liability for the damages caused by the fire.

23. Pursuant to Wis. Stat. §632.24, Zurich is a proper party to this lawsuit.

WHEREFORE, American Family Mutual Insurance Company, S.I. and Avery Clark demand judgment against the defendants, jointly and severally, in an amount to be determined, plus prejudgment interest, all taxable costs and fees, and all other just and equitable relief.

4

Dated: January 26, 2026.

                                                RON HARMEYER LAW OFFICE LLC
                                                Attorneys for American Family Mutual
                                                Insurance Company, S.I. and Avery Clark

                                                *Electronically signed by Ronald W. Harmeyer*
                                                Ronald W. Harmeyer
                                                State Bar No. 1026579

330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202
Tel. (414) 316-2500
Fax (414) 755-7081
rharmeyer@ronharmeyerlaw.com

| | | | |
|---|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | | **MILWAUKEE** |

American Family Mutual Insurance Company, S.I. et al vs. Electrolux Consumer Products, Inc.

**Electronic Filing Notice**

Case No. 2025CV006072
Class Code: Property Damage

FILED
01-26-2026
Anna Maria Hodges
Clerk of Circuit Court
2025CV006072
Honorable Michael J. Hanrahan-04
Branch 4

CURTIS INTERNATIONAL, LTD.
315 ATTWELL DRIVE
ETOBICOKE M9W 5C1

Case number 2025CV006072 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b43f06**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: January 26, 2026

GF-180(CCAP), 11/2020 Electronic Filing Notice                                                                                 §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

Case 2:26-cv-00356-WED   Filed 03/04/26   Page 13 of 14   Document 1

| | | |
|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | **MILWAUKEE** |
| American Family Mutual Insurance Company, S.I. et al vs. Electrolux Consumer Products, Inc. | **Electronic Filing Notice** | |
| | Case No. 2025CV006072 Class Code: Property Damage | |

**FILED**
01-26-2026
Anna Maria Hodges
Clerk of Circuit Court
2025CV006072
Honorable Michael J. Hanrahan-04
Branch 4

ZURICH INSURANCE COMPANY, LTD
SUITE 5500
FIRST CANADIAN PLACE, 100 KING STREET WEST
TORONTO M5X 1C9

Case number 2025CV006072 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b43f06**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: January 26, 2026

GF-180(CCAP), 11/2020 Electronic Filing Notice   §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

Case 2:26-cv-00356-WED   Filed 03/04/26   Page 14 of 14   Document 1